# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| SHARON COBB, | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | Civil No. 1:04CV128 |
| JOHN E. POTTER, Postmaster General, United States Postal Service, | ) ) ) ) | |
| Defendant. | ) ) | |
| SHARON COBB, | ) ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | Civil No. 1:05CV300 |
| JOHN E. POTTER, Postmaster General, United States Postal Service, | ) ) ) ) | |
| Defendant. | ) ) | |

**THESE MATTERS** are before the Court on the parties' motion to consolidate. For the reasons stated therein, the motion will be allowed.

Pretrial orders have been entered heretofore in each case; now that the cases are consolidated, the Court will enter an amended pretrial order

governing the consolidated actions contemporaneously herewith. Additionally, the 1:04CV128 case appears on this Court's May 2006 civil trial calendar. Since these cases are now consolidated and discovery has not expired in the 1:05CV300 action, the earlier case will be continued from the May 2006 term.

**IT IS, THEREFORE, ORDERED** that the parties' motion to consolidate the captioned civil actions is **ALLOWED**, and the actions are hereby consolidated for pretrial proceedings and trial.

**IT IS FURTHER ORDERED** that the trial of Civil No. 1:04CV128 is hereby **CONTINUED** from the Court's May 2006 civil trial term.

Signed: April 10, 2006

Lacy H. Thornburg
United States District Judge