IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| SHARON COBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Civil No. 1:04CV128 |
| | ) | |
| JOHN E. POTTER, Postmaster General, United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| SHARON COBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Civil No. 1:05CV300 |
| | ) | |
| JOHN E. POTTER, Postmaster General, United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's motion for summary judgment is **ALLOWED**, and these matters are hereby **DISMISSED WITH PREJUDICE** in their entirety.

Signed: August 22, 2006

Lacy H. Thornburg
United States District Judge